**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**RITA L. LOONEY,**

                  **Plaintiff(s),**

          **vs.**

**CITY OF DETROIT, et al.,**

                  **Defendant(s).**
_____/

**CASE NO. 04-CV-73514-DT**

**DENISE PAGE HOOD**
**UNITED STATES DISTRICT JUDGE**

## ORDER OF DISMISSAL

Pursuant to Local Rule 41.1, this court has been advised by counsel for the parties that the above entitled action has been settled,

Accordingly, the above-entitled action is dismissed without prejudice and without costs. However, upon a showing of good cause, either party may move to vacate this order within a period of sixty (60) days from this date if the settlement is not consummated.

s/ DENISE PAGE HOOD
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

Dated: October 31, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 31, 2005, by electronic and/or ordinary mail.

s/William F. Lewis
Case Manager